IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KEVIN C. TORRES, # 295891, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:16-CV-852-WKW |
| | ) [WO] |
| RUBY GRAY, OFFICER COLEMAN, OFFICER LEE, OFFICER LEWIS, R.C. JACKSON, KEVIN WOODS, and OFFICER ALEXANDER, | ) ) ) ) ) |
| | ) |
| Defendants. | ) |

# **ORDER**

Before the court is the Recommendation of the Magistrate Judge. (Doc. # 7.) There being no timely objection filed to the Recommendation, and based on a review of the record, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. # 7) is ADOPTED; and

2. This case is DISMISSED without prejudice for Plaintiff's failure to properly prosecute this action and comply with court orders.

A final judgment will be entered separately.

DONE this 24th day of February, 2017.

                                           /s/ W. Keith Watkins
                                 CHIEF UNITED STATES DISTRICT JUDGE